## UNITED STATES DISTRICT COURT

## DISTRICT OF SOUTH CAROLINA

## COLUMBIA DIVISION

UNITED STATES OF AMERICA

vs.

Ramez Ammar Abuhashem

CASE NO. 3:26-cr-345

## PLEA

The Defendant, Ramez Ammar Abuhashem, acknowledges receipt of a copy of the Indictment and after arraignment pleads not guilty in open court.

_____
(Signed)     Defendant

Columbia, South Carolina
May 5, 2026