IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| United States of America, | ) | C/R No. 3:26-cr-00345 |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Ramez Ammar Abuhashem, | ) | ORDER |
| | ) | |
| Defendant | ) | |
| | ) | |

In accord with the Due Process Protections Act and Rule 5(f) of the Federal Rules of Criminal Procedure, this Court confirms the United States' obligation to disclose to the defendant all exculpatory evidence, that is, evidence that favors the defendant or casts doubt on the United States' case, as required by Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and hereby ORDERS the United States to do so. Failure to disclose exculpatory evidence in a timely manner may result in serious consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanctions by the Court.

IT IS SO ORDERED.

Hon. Thomas E. Rogers, III
United States Magistrate Judge

May 5, 2026
Columbia, S.C.