AO 83 (Rev 08/11) Summons in a Criminal Case (USDC Version)

# UNITED STATES DISTRICT COURT
### for the
_____ District of South Carolina _____

| | | |
|---|---|---|
| United States of America | ) | **RECEIVED**<br>**UNITED STATES MARSHAL**<br>10:30 am, Apr 22 2026 |
| v. | ) | **DISTRICT OF SOUTH CAROLINA**<br>**COLUMBIA** |
| | ) | Case No. 3:26-345 |
| RAMEZ AMMAR ABUHASHEM | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition ☐ Violation Notice    ☐ Order of Court

| | |
|---|---|
| Place: Matthew J. Perry, Jr. Courthouse<br>901 Richland Street<br>Columbia, SC 29201 | Courtroom No.: #8 - Judge Rogers<br><br>Date and Time: May 5, 2026 10:00 a.m. |

This offense is briefly described as follows:

Title 18, United States Code, Section 2
Title 18, United States Code, Section 1343
Title 18, United States Code, Section 981(a)(1)(C)
Title 28, United States Code, Section 2461(c)

Date:     4/21/2026

s/A. Snipes
*Issuing officer's signature*

ROBIN BLUME, CLERK OF COURT
*Printed name and title*

## RETURN OF SERVICE

I declare under penalty of perjury that I have:

☐ Executed and returned this summons
☐ Certified Mailed _____
☐ Signed Receipt Date _____
☐ Signed by _____

Date:     5/5/26

☐ Returned this summons unexecuted
☐ Certified Mailed _____
☐ No Response _____
☑ Defendant Appeared    ☐ Defendant Failed to Appear

*Server's signature*

BRIAN STANLEY  DUSM
*Printed name and title*