**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CR. NO. 3:26-CR-00345-MGL** |
| | ) | |
| **v.** | ) | **MOTION TO DISCLOSE INTENTION TO** |
| | ) | **USE EVIDENCE** |
| **RAMEZ AMMAR ABUHASHEM,** | ) | **(Rule 12(b)(4), Fed. R. Crim. P.)** |
| | ) | |
| **DEFENDANT.** | ) | |

**To:** **Mr. Tommie DeWayne Pearson, Assistant United States Attorney,**

YOU WILL PLEASE TAKE NOTICE that the undersigned attorney for the defendant, **Ramez Ammar Abuhashem,** will appear before the United States Court for the District of South Carolina at such place and at such time as counsel can be heard, and then and there move pursuant to Rule 12(b)(4), Federal Rules of Criminal Procedure, that the Court order the Government to notify the defendant of its intention to use any evidence at trial which may be subject to a motion to suppress.

Respectfully submitted,

s/ *SUHA S. NAJJAR*

Suha S. Najjar
Muslim Legal Fund of America
100 North Central Expressway
Suite 1010
Richardson, TX 75080
P: 972-331-9021
Attorney ID# 13597
Suha.Najjar@mlfa.org

May 13, 2026
Columbia, South Carolina