**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CR. NO. 3:26-CR-00345-MGL** |
| | ) | |
| **v.** | ) | **MOTION FOR DISCLOSURE OF INTENT** |
| | ) | **TO USE EVIDENCE OF WRONGS, OR** |
| **RAMEZ AMMAR ABUHASHEM,** | ) | **ACTS UNDER FEDERAL RULES OF** |
| | ) | **EVIDENCE RULE 404(B)** |
| **DEFENDANT.** | ) | |

The defendant, Ramez Ammar Abuhashem, through his undersigned attorney, does hereby move the Court, pursuant to Federal Rules of Evidence, Rule 404(b), for an Order requiring the Government to disclose its intent to use any evidence of other crimes, wrongs, or acts as proof of motive, opportunity, intent preparation, plan, knowledge, identity, absence of mistake, accident, or any other purpose. In this regard, the Government should specify the particular crime, wrong, or act to be used and the particular theory upon which it is admissible.

Respectfully submitted,

s/ *SUHA S. NAJJAR*
Suha S. Najjar
Muslim Legal Fund of America
100 North Central Expressway
Suite 1010
Richardson, TX 75080
P: 972-331-9021
Attorney ID# 13597
Suha_Najjar@fd.org

May 13, 2026
Columbia, South Carolina