**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CR. NO. 3:26-CR-00345-MGL** |
| | ) | |
| **v.** | ) | **MOTION TO FILE ADDITIONAL** |
| | ) | **MOTIONS** |
| **RAMEZ AMMAR ABUHASHEM,** | ) | |
| | ) | |
| **DEFENDANT.** | ) | |

Comes now the defendant, Ramez Ammar Abuhashem, by and through undersigned attorney and moves this Court to allow the attorney to file additional motions beyond the date set for filing of all motions. The basis for this motion is that the attorney for the defendant may find reasons for filing additional motions after the date for filing motions has passed because of investigation that the attorney conducts and/or because of discovery provided by the United States Attorney.

Respectfully submitted,

s/ *SUHA S. NAJJAR*

Suha S. Najjar
Muslim Legal Fund of America
100 North Central Expressway
Suite 1010
Richardson, TX 75080
P: 972-331-9021
Attorney ID# 13597
Suha_Najjar@fd.org

May 13, 2026
Columbia, South Carolina