**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CR. NO. 3:26-CR-00345-MGL** |
| | ) | |
| **v.** | ) | ***EDWARDS* NOTICE** |
| | ) | |
| **RAMEZ AMMAR ABUHASHEM,** | ) | |
| | ) | |
| **DEFENDANT.** | ) | |

The defendant, Ramez Ammar Abuhashem, hereby asserts the Fifth Amendment Right to remain silent and asserts the Sixth Amendment Right to counsel. The Defendant does not wish to be questioned in the absence of counsel pursuant to *McNeil v. Wisconsin*, 111 S. Ct. 220 (1991) and *Edwards v. Arizona*, 451 U.S. 477 (1981).

Respectfully submitted,

s/ *SUHA S. NAJJAR*

Suha S. Najjar
Muslim Legal Fund of America
100 North Central Expressway
Suite 1010
Richardson, TX 75080
P: 972-331-9021
Attorney ID# 13597
Suha_Najjar@fd.org

May 13, 2026
Columbia, South Carolina