## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF SOUTH CAROLINA
### COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 3:26-CR-00345-MGL |
| | ) | |
| v. | ) | **MOTION FOR CONTINUANCE** |
| | ) | |
| RAMEZ AMMAR ABUHASHEM, | ) | |
| | ) | |
| DEFENDANT. | ) | |

Now comes the defendant, **RAMEZ AMMAR ABUHASHEM**, by and through his counsel, who respectfully requests the court continue the jury selection if this case, currently scheduled for June 3, 2026, and the pretrial conference currently scheduled for May 28, 2026, until the court's October 1, 2026 term. Assistant United States Attorney Tommie DeWayne Pearson has been consulted and he consents to this continuance. The motion is made on the following grounds:

Counsel needs additional time to review discovery once it is produced, conduct a thorough investigation, and review the discovery with the defendant. Additionally, a continuance will allow the parties to negotiate a resolution to the case.

Defense counsel represents to the court that she has discussed this continuance with the defendant, and he consents to the continuance. The defendant acknowledges that he understands that the time occasioned by this delay shall be excluded from consideration under 18 U.S.C. § 3161, et seq., The Speedy Trial Act.

[Signatures on Following Page]

Respectfully submitted,

s/ *SUHA S. NAJJAR*

Suha S. Najjar
Muslim Legal Fund of America
100 North Central Expressway
Suite 1010
Richardson, TX 75080
P: 972-331-9021
Attorney ID# 13597
Suha_Najjar@fd.org

Columbia, South Carolina
05, 25    , 2026

I CONSENT:                                I CONSENT:

BRYAN P. STIRLING
UNITED STATES ATTORNEY


By: s/Tommie DeWayne Pearson
    Assistant United States Attorney        RAMEZ AMMAR ABUHASHEM
                                            Defendant