IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 3:26-cr-345 |
| | ) | |
| | ) | |
| | ) | |
| v. | ) | CONTINUANCE ORDER |
| | ) | |
| | ) | |
| RAMEZ AMMAR ABUHASHEM, | ) | |

This matter comes before the Court on motion of the above-named defendant and with consent of the Government for a continuance of this case for two terms until the October 2026, term of court.  The defendant also signed his motion, consented to the continuance request, and waived his rights under the Speedy Trial Act of 1974.  The defendant seeks a continuance to allow for additional time to receive and review the discovery and, if appropriate, engage in plea negotiations with government counsel to possibly resolve this case without the need for trial.

In reaching the conclusion that the proposed continuance is appropriate, the Court has balanced the best interest of the public and the defendants in a speedy trial against the ends of justice and finds that the latter outweighs the former.  The Court finds that a continuance until the October 2026, term of court will allow defense counsel the time necessary to receive and review discovery with the defendant and will afford the parties the opportunity to begin plea negotiations, if appropriate, which could possibly avoid the need for a trial.

FOR ALL THE FOREGOING, it is ordered that the case of *United States v. Ramez Ammar Abuhashem,* Criminal No. 3:26-cr-345, be continued until the October 2026, term of court, and

that all such period of delay is hereby excluded in computing the time within which trial must begin pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, et. seq.

IT IS SO ORDERED.


s/ Mary Geiger Lewis
MARY GEIGER LEWIS
UNITED STATES DISTRICT JUDGE

May 29, 2026

Columbia, South Carolina.